# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Amanda McGinnis Flynn,
    Plaintiffs,

v.                                Case No. 1:11cv886
                                      (Litkovitz, MJ ; Consent Case)

State Farm Mutual Automobile
Insurance Company,
    Defendants.

## JUDGMENT IN A CIVIL CASE

[ ]     **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]     **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

Defendant's [13] Motion for summary judgment is Granted and plaintiff's [17] Motion for summary judgment is Denied. This matter is dismissed.

Date: March 12, 2013

                                                John P. Hehman, Clerk of Court

                                      By:   s/Arthur Hill, deputy clerk